# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Arleen Brooks,

    Plaintiff(s),

vs.

Jo Anne Barnhart,
Commissioner of Social Security,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3-03-cv-539

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/20/05 Order.

**Signed: July 21, 2005**

*Frank G. Johns, Clerk*
United States District Court